IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
2019 APR 25  A 8: 58
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ALI AMIRI ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No.: CV-18-00425-RDP |
| THE BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF ALABAMA ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S FILING A COURTESY COPY OF THE TRANSCRIPT OF DEPOSITION OF THE ASSOCIATE PROVOST, AND DEAN OF THE GRADUATE SCHOOL, SUSAN CARVALHO**

Plaintiff Ali Amiri files this notice for submission of a courtesy copy of the transcript of the deposition of the Associate Provost, and Dean of the Graduate School, Dr. Susan Carvalho. This is a paper copy of the transcript and all of the exhibits.

Respectfully Submitted

*[signature]* 4/25/2019

Ali Amiri
1315 Riverside Drive, Apartment 5
Tuscaloosa, Alabama 35401
(205) 331-6903
ali.amiri2718@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 25, 2019, a true and correct copy of this notice has been served via U.S. Mail, to the party identified below:

J. Tobias Dykes
Office of Counsel
The University of Alabama System
Box 870106
Tuscaloosa, Alabama 35487-0106
(205) 348-5490
jtdykes@uasystem.edu

                       */s/ Ali Amiri*
                       Ali Amiri