**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | |
|---|---|
| **ALI AMIRI,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 7:18-cv-00425-RDP |
| } | |
| **THE BOARD OF TRUSTEES OF THE** } | |
| **UNIVERSITY OF ALABAMA,** } | |
| } | |
| Defendant. | |

## ORDER

This matter is before the court on pro se Plaintiff Ali Amiri's Motion to Stop Detention and Deportation by Homeland Security. (Doc. # 58). The court construes the motion as a request for a temporary restraining order directing the Defendant to reinstate Plaintiff as a student/employee of the University of Alabama and/or issue Plaintiff an updated document to that effect. The motion is **SET** for a telephone conference **TODAY**, **July 23, 2019, at 4:00 pm CT**. Plaintiff and counsel for Defendant are **DIRECTED** to dial-in to the conference by calling 866-434-5269 at the scheduled time. The access code is 6022965. A court reporter will transcribe the proceedings on the call.

The Clerk of Court is **DIRECTED** to provide a copy of this Order to Plaintiff.

**DONE** and **ORDERED** this July 23, 2019.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE